FILED

NOV 27 2007

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR 3178-JLS |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| GONZALO NAVARRO-FLORES, | ) | Illegal Entry (Felony); |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) | Illegal Entry (Felony) |
| | ) | |

The United States Attorney charges:

Count 1

On or about ____11/2006____, within the Southern District of California, defendant GONZALO NAVARRO-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

CJB:kmm:San Diego
11/8/07

Count 2

On or about __01/2007__, within the Southern District of California, defendant GONZALO NAVARRO-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about October 19, 2007, within the Southern District of California, defendant GONZALO NAVARRO-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: __11/27/07__.

KAREN P. HEWITT
United States Attorney

for CARLA J. BRESSLER
Assistant U.S. Attorney