AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GONZALO NAVARRO-FLORES | |
| | CASE NUMBER: 07cr3178 |

I, GONZALO NAVARRO-FLORES, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Gonzalo Navarro_
Defendant

_/s/_
Counsel for Defendant

Before _Barbara L. Major_
JUDICIAL OFFICER

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY