1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Navarro-Flores

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE JANNIS L. SAMMARTINO)**

11 UNITED STATES OF AMERICA,            )   Case No. 07CR3178-JLS
                                        )
12               Plaintiff,             )
                                        )
13 v.                                   )   PROOF OF SERVICE
                                        )
14 **GONZALO NAVARRO-FLORES,**          )
                                        )
15               Defendant.             )
                                        )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         CARLA BRESSLER, Assistant United States Attorney
           Carla.J.Bressler@usdoj.gov
21

22 Dated: January 11, 2008                     s/ Michelle Betancourt
                                           MICHELLE BETANCOURT
23                                         Federal Defenders
                                           225 Broadway, Suite 900
24                                         San Diego, CA 92101-5030
                                           (619) 234-8467 (tel)
25                                         (619) 687-2666 (fax)
                                           e-mail: michelle_betancourt@fd.org
26

27

28