# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  
vs  
GONZALO NAVARRO-FLORES

CASE NUMBER 2007 CR 3178

ABSTRACT OF ORDER

Booking No. 05326298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/1/08 the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

✓ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. AS THIS CASE ONLY

UNITED STATES MAGISTRATE JUDGE

OR  
W. SAMUEL HAMRICK, JR.   Clerk  
by _____ Deputy Clerk

Received _____  
DUSM

★ U.S. GPO: 1996-783-398/40151

Crim-9   (Rev 6-95)

CLERKS' COPY