# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GONZALO NAVARRO-FLORES (1),<br><br>　　　　　　　　　　Defendant. | CASE NO. **2007CR3178-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

＿　　the Court has dismissed the case for unnecessary delay; or

＿　　the Court has granted the motion of the Government for dismissal; or

＿　　the Court has granted the motion of the defendant for a judgment of acquittal; or

＿　　a jury has been waived, and the Court has found the defendant not guilty; or

＿　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) of: _8 USC §1325 Illegal Entry (Misdemeanor); 8 USC §1325 Illegal Entry (Felony)_

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 1, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　ENTERED ON 2/11/08